

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00554-CV

**COMPLEX REHAB TECHNOLOGIES, LLC**,
Appellant

v.

Tomas **MOLINA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23933
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellee's brief is due on March 3, 2022. However, the appellee has filed a motion for extension of time to file the appellee's brief. The motion is GRANTED.  The appellee's brief is due on or before **March 25, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court